The following cases in which the Court of Appeals issued published opinions have been appealed to the Supreme Court:

1. Damien Cameron Spencer
   v. Commonwealth of Virginia
   Record No. 0525-17-3
   Opinion rendered by Judge O'Brien on
   November 14, 2017

2. Angel Alexis Cartagena, a/k/a
    Veguilla Angel Alexis Cartegena
   v. Commonwealth of Virginia
   Record No. 2002-16-1
   Opinion rendered by Judge Russell on
   November 28, 2017

3. Thormac, LLC, d/b/a
    McCormack's Whisky Grill and Smokehouse
   v. Department of Alcoholic Beverage Control and
      Virginia Alcoholic Beverage Control Board
   Record No. 0100-17-2
   Opinion rendered by Judge Beales on
   November 28, 2017

4. Raymeka Monique White
   v. Commonwealth of Virginia
   Record No. 1991-16-2
   Opinion rendered by Judge Decker on
   December 5, 2017

5. Robert Ryan Grasty
   v. Commonwealth of Virginia
   Record No. 0281-17-1
   Opinion rendered by Judge Humphreys on
   December 5, 2017

6. Barry Justin Levenson
   v. Commonwealth of Virginia
   Record No. 1884-16-4
   Opinion rendered by Judge Petty on
   December 12, 2017

7. Andrew Vojuan Burrous
   v. Commonwealth of Virginia
   Record No. 0022-17-2
   Opinion rendered by Judge Beales on
   December 12, 2017

8. Daniel Ernest McGinnis
    v. Commonwealth of Virginia
    Record No. 0117-17-3
    Opinion rendered by Judge Beales on
     December 12, 2017

9. Robert Lee Jones
    v. Commonwealth of Virginia
    Record No. 0574-16-2
    Opinion rendered by Judge Decker on
     December 19, 2017

10. Michael Anthony Edwards
    v. Commonwealth of Virginia
    Record No. 0902-16-2
    Opinion rendered by Judge Alston on
     December 19, 2017

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1.  Claudia Kathleen Pitts
     v. Commonwealth of Virginia
    Record No. 1728-15-2
     Opinion rendered by Senior Judge Haley
       on November 8, 2016
    Dismissed pursuant to Rule 5:17(c)(1) (170084)

2.  Tyrone Logan, s/k/a
     Tyrone Lamont Logan
     v. Commonwealth of Virginia
    Record No. 0867-16-2
     Opinion rendered by Judge Beales
       on June 20, 2017
     Refused (170899)

3.  George Ellis Brown, Jr.
     v. Commonwealth of Virginia
    Record No. 0507-16-2
     Opinion rendered by Judge Beales
       on August 1, 2017
     Refused (171054)